UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:12-CR-73 |
| | ) | |
| TRAVIS SCOTT TRENT | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 24, 2012. [Doc. 40]. The Magistrate Judge recommends that the defendant's motion to dismiss Count 3 of the indictment which charges the defendant with a violation of 18 U.S.C. §922(g)(3) be denied. The defendant has filed an objection to this report asserting that §922(g)(3), which prohibits possession of firearms by a drug user or addict, impermissibly infringes on the Second Amendment guarantee of the right to possess firearms in the home for self-protection. [Doc. 47].

After careful *de novo* consideration of the Report and Recommendation, the defendant's objection to the Report and Recommendation, the defendant's motion to dismiss, the response of the government, and for the reasons set out in the Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and the defendant's motion to dismiss is **DENIED.** [Doc. 21].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE